UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WOLFE,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORPORATION,<br><br>    Defendant. | Civil Action No. 04-10762-DPW |

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Fairbanks Capital Corporation hereby discloses that it is a wholly-owned subsidiary of its corporate parent, Fairbanks Capital Holding Corporation. Fairbanks Capital Corporation hereby discloses that (1) the PMI Group, Inc., a publicly traded company, (2) FSA Portfolio Management, Inc., an affiliate of Financial Security Assurance Holdings Ltd., a publicly traded company, and (3) Fairbanks Management each have an ownership interest in Fairbanks Capital Holding Corporation.

Otherwise, Fairbanks Capital Corporation is unaware of any other entity that may have a material financial interest in the outcome of the litigation.

Respectfully submitted,

Brooks R. Brown (BBO #653608)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1000

Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 974-1000

Attorneys for Defendant
Fairbanks Capital Corp.

Dated: May 7, 2004

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on May 7, 2004, I arranged for the service by U.S. Mail, postage prepaid, a copy of the foregoing on the following counsel of record:

> Frank P. Hernandez
> 716 Wayne
> Dallas, Texas  75223

Brooks R. Brown

LIBW/1100865.1