UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PATRICIA WOLFE,
   Plaintiff

CIVIL ACTION NO. 04-10762-DPW

v.

FAIRBANKS CAPITAL CORPORATION,
   Defendant

### ORDER FOR REMAND

WOODLOCK, District Judge

In accordance with the Court's Allowance of the Defendant's Motion To Remand (#2), it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the 362nd District of Denton County, Texas, for further proceedings.

                                        BY THE COURT,

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

DATED: May 26, 2004