UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PATRICIA WOLFE,
    Plaintiff,

v.                              Civil Action No.
                                04-10762-DPW

FAIRBANKS CAPITAL CORPORATION,
    Defendant.

## MOTION TO EXTEND TIME TO RESPOND TO MOTION TO REMAND

Plaintiff requests that the Court extend the time for Plaintiff's response to Defendant's Motion To Remand to June 10, 2004.

I.

Plaintiff has just completed preparing and filing a Writ of Certiorari to the United States Supreme Court and that action took more time and energy than contemplated by Plaintiff's counsel. Therefore, Plaintiff's counsel has not been able to complete the response to the Defendant's Motion For Remand. Plaintiff's counsel requests an extension to complete the response until June 10, 2004.

II.

This request for an extension of time to respond is not for purposes of delay, but so that justice may be done.

PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO   1
MOTION TO REMAND

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves the Court to grant this request for time to respond.

Respectfully submitted,

Frank P. Hernandez
716 Wayne
Dallas, TX 75223
214-821-1213
Fax 214-821-1214
E-mail: fgeagle@aol.com
TBC# 09516000

Attorney For Plaintiff

### CERTIFICATE OF CONFERENCE

I certify that on May 27, 2004 and May 28, 2004 I spoke with Mr. Brooks R. Brown's assistants as he is on vacation for some time and out of the office and they were unable to contact him to see if he opposed this motion. Therefore, I cannot certify as to his position on the motion.

Frank P. Hernandez

### CERTIFICATE OF SERVICE

I certify that I faxed a copy and mailed a copy, regular mail, to counsel for Defendant, Mr. Brooks R. Brown, Esq., at 617-227-8591 and

PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO 2
MOTION TO REMAND

Goodwin Procter, LLP, Exchange Place, Boston, MA 02109 on this the 28th day of May 2004.

_____
Frank P. Hernandez